# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD
FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12 -15-00165-CV**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

10/7/2015 2:50:58 PM

Clerk

Trial Court Style: **TREY BECK, AS EXECUTOR OF THE ESTATE OF HAYDEN RUSSELL, DECEASED AND INDIVIDUALLY VS. DALE RUSSELL AND LORETTA KINGSLEY**

Trial Court & County: **217TH JUDICIAL DISTRICT COURT OF ANGELINA COUNTY, TX**

Trial Court No.: **CV-01158-12-02**

Date Trial Clerk's Record Originally Due: **SEPTEMBER 7, 2015**

Date Court Reporter's/Recorder's Record Originally Due:

Anticipated Number of Pages of Record: **450**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:     (Check all that apply - attach additional pages if necessary.)

X      to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.
      my duties listed below preclude working on this record
      Other.  (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **NOV. 6, 2015** in which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

October 7, 2015                                   /S/Robin J. Crain
Date                                             Signature

936-634-4312                                     Robin J. Crain
Office Phone Number                              Printed Name

rcrain@angelinacounty.net                        Deputy District Clerk
E-mail Address (if available)                    Official Title

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Lead Counsel for **APPELLEE(S)**:

Name: **BENTON MUSSLEWHITE**

Address: **121 N POST OAK LN UNIT 1**

 **HOUSTON, TX 77024**

Phone no.: **832-656-1637**

Attorney for: **TREY BECK**

Name: **JAMES A BUFKIN**

Address: **P.O. BOX 154138**

 **LUFKIN, TX 75915**

Phone no.: **936-634-6100**

Attorney for: **DALE RUSSELL**

Name: **LORETTA KINGSLEY**

Address: **P.O. BOX 13**

 **GARY, TX 75643**

Phone no: **N/A**